AUGUST 14, 1985

No. D-476.   IN RE DISBARMENT OF WHITTINGTON.   Disbarment entered.   [For earlier order herein, see 469 U. S. 1203.]

No. D-482.   IN RE DISBARMENT OF BRUNWIN.   Disbarment entered.   [For earlier order herein, see 470 U. S. 1047.]

No. D-491.   IN RE DISBARMENT OF PECORARO.   Disbarment entered.   [For earlier order herein, see 471 U. S. 1097.]

No. D-492.   IN RE DISBARMENT OF SURGENT.   Disbarment entered.   [For earlier order herein, see 471 U. S. 1097.]

No. D-495.   IN RE DISBARMENT OF DICKER.   Disbarment entered.   [For earlier order herein, see 471 U. S. 1133.]

No. 84-1436.   DUGAN & MEYERS CONSTRUCTION CO., INC., ET AL. v. WORTHINGTON PUMP CORP. (USA), 471 U. S. 1135;

No. 84-1482.   KARAPINKA v. UNION CARBIDE CORP., 472 U. S. 1008;

No. 84-1553.   ARANGO v. FLORIDA BAR, 472 U. S. 1003;

No. 84-1573.   DESAI v. TOMPKINS COUNTY TRUST CO., 471 U. S. 1125;

No. 84-1674.   ENDER v. CHRYSLER CORP. ET AL., 472 U. S. 1009;

No. 84-1685.   YEE v. VITOUSEK ET AL., 472 U. S. 1009;

No. 84-1763.   WALBER, DBA WALBER CONSTRUCTION CO. v. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, 471 U. S. 1132;

No. 84-1764.   WALBER, DBA WALBER CONSTRUCTION CO. v. UNITED STATES, 471 U. S. 1132;

No. 84-1817.   THIBAULT v. WEISS ET AL., 472 U. S. 1013;

No. 84-1818.   WILLIAMS ET UX. v. GOVINE ET AL., 472 U. S. 1013;

No. 84-6414.   MARLOW v. TULLY, COMMISSIONER, DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK STATE, 472 U. S. 1010;

No. 84-6579.   MARCH v. MARCH, 472 U. S. 1004; and

No. 84-6612.   MAURER v. OHIO, 472 U. S. 1012.   Petitions for rehearing denied.